COREY DAVID TREAS       *       NO. 2020-CA-0050

VERSUS       *       COURT OF APPEAL

CHANTAL ELIZABETH KOERNER       *       FOURTH CIRCUIT

      *       STATE OF LOUISIANA

      *

      *

* * * * * * *

*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**